```
KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00234 MMC |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 15, 2005 TO JULY 6, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| JAMES H. FOUNTAINE, | ) | |
| Defendant. | ) | |

The parties appeared before the Court on June 15, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing date of July 6, 2005, at 2:30 p.m., before the Honorable Maxine M. Chesney, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 15, 2005 to July 6, 2005. The parties agreed, and the Court found and held, as follows:

1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00234 MMC

1  the period from June 15, 2005 to July 6, 2005, outweigh the best interest of the public and the
2  defendant in a speedy trial. Id. § 3161(h)(8)(A).
3     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
4  June 15, 2005 to July 6, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. §
5  3161(h)(8)(A) & (B)(iv).
6     4. The Court scheduled a status hearing date of July 6, 2005, at 2:30 p.m., before the
7  Honorable Maxine M. Chesney.
8     IT IS SO STIPULATED.

10  DATED: __July 1, 2005__          _____/S/_____
                                     CHRISTINE S. WATSON
11                                   Special Assistant United States Attorney

13  DATED: __July 6, 2005__          _____/S/_____
                                     RONALD C. TYLER
14                                   Attorney for James H. Fountaine

15     IT IS SO ORDERED.

16  DATED: __July 7, 2005__

**APPROVED**
**Judge Maxine M. Chesney**

STIPULATION AND ORDER
CR 05-00234 MMC                         2