1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

   **E-Filing**

4  CHRISTINE S. WATSON (CSBN 218006)
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, CA 94102
     Telephone: (415) 436-6838
7    Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,           )   No. CR 05-00234 MMC
                                        )
14        Plaintiff,                    )   [PROPOSED] ORDER AND STIPULATION
                                        )   EXCLUDING TIME FROM JULY 6, 2005
15   v.                                 )   TO JULY 27, 2005 FROM THE SPEEDY
                                        )   TRIAL ACT CALCULATION
16 JAMES H. FOUNTAINE,                  )   (18 U.S.C. § 3161(h)(8)(A))
                                        )
17        Defendant.                    )
                                        )
18

19     The parties appeared before the Court on July 6, 2005. With the agreement of the parties,
20 and with the consent of the defendant, the Court enters this order scheduling a status/trial setting
21 hearing date of July 27, 2005, at 2:30 p.m., before the Honorable Maxine M. Chesney, and
22 documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from
23 July 6, 2005 to July 27, 2005. The parties agreed, and the Court found and held, as follows:
24     1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant
25 the requested continuance would unreasonably deny both government and defense counsel
26 reasonable time necessary for effective preparation, taking into account the exercise of due
27 diligence, and would deny the defendant continuity of counsel.
28     2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00234 MMC

1  the period from July 6, 2005 to July 27, 2005, outweigh the best interest of the public and the
2  defendant in a speedy trial. Id. § 3161(h)(8)(A).
3     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
4  July 6, 2005 to July 27, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. §
5  3161(h)(8)(A) & (B)(iv).
6     4. The Court scheduled a status/trial setting hearing date of July 27, 2005, at 2:30 p.m.,
7  before the Honorable Maxine M. Chesney.
8     IT IS SO STIPULATED.

10 DATED: 7/8/05

CHRISTINE S. WATSON
Special Assistant United States Attorney

13 DATED: 7/15/05

RONALD C. TYLER
Attorney for James H. Fountaine

IT IS SO ORDERED.

16 DATED: JUL 2 5 2005

HON. MAXINE M. CHESNEY
United States District Judge

STIPULATION AND ORDER
CR 05-00234 MMC                           2