IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                          )<br>                    Plaintiff,    )<br>                                          )<br>vs.                                    )<br>                                          )<br>JAMES FOUNTAINE,           )<br>                                          )<br>                    Defendant.  )<br>                                          ) | No. CR 05-0234 MMC<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from October 26, 2005 until November 16, 2005 at 2:30 p.m. The continuance requested is necessary to complete preparation for the expected resolution of this matter. That preparation includes an ongoing analysis of banking documents related to the calculation of an amount of loss.

**IT IS SO STIPULATED.**


DATED: October 26, 2005          _____/S/_____
                                                   RONALD TYLER
                                                   Assistant Federal Public Defender
                                                   Counsel for Lloyd Jamison


DATED: October 26, 2005          _____/S/_____
                                                   SUSAN JERICH
                                                   Assistant United States Attorney

STIPULATION & ORDER CONTINUING HEARING
*United States v. James Fountain*
CR 05- 0234 MMC

- 1 -

## ORDER

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, the hearing in this matter is continued until November 16, 2005 at 2:30 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(8)(A) and 3161(h)(8)(B)(iv), the period from October 26, 2005 until November 16, 2005 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED:  October 26, 2005

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE