# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00234-01 MMC |
| ) | |
| James H. Fountaine ) | |
| ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____March 1, 2006_____ be continued until _____April 19, 2006_____ at _____2:30 p.m._____.

Date: 2/27/06

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04